PER CURIAM.
We treat the request for review as a petition for a writ of certiorari, Sheley v. Florida Parole Comm’n, 720 So.2d 216 (Fla. 1998), and deny the petition. See Meola v. Department of Corrections, 24 Fla. L. Weekly S27, - So.2d -, 1998 WL 904304 (Fla. December 24, 1998)(with regard to petitioner’s issues one and three); State v. Lancaster, 24 Fla. L. Weekly S30, — So.2d -, 1998 WL 82627 (Fla. December 24, 1998)(affirming Orosz v. Singletary, 693 So.2d 538 (Fla. 1997)).
MINER, LAWRENCE and BROWNING, JJ., CONCUR.